AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Andre Madison

V.

Officer Robert Kroll, Officer James Scheu, Officer John Bennett, Officer Lyle Delaney, Officer Scott LaNasa, Officer Scott Kossman, Officer Darren P. Waletzki, Officer James Novak, Jane Doe, Richard Roe and Robert Olson

## JUDGMENT IN A CIVIL CASE

Case Number: 02-4257JRT-FLN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
that a judgment of dismissal with prejudice is entered as to the above-named defendants.

September 22, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Denise La Fond
(By) Denise La Fond, Deputy Clerk